*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.

---

### 16703. BOYD *v.* THE STATE.

LUKE, J. The evidence amply authorized the conviction, if indeed it did not demand it. The sole assignment of error being that the verdict is without evidence to support it, the court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 11, 1925.

Conviction of making liquor; from Tattnall superior court—Judge Sheppard. June 29, 1925.

*S. T. Brewton, C. L. Cowart,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.

---

### 16704. EDWARDS *v.* THE STATE.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial; the evidence is ample to support the finding of the jury, and the motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1925.

Conviction of vagrancy; from city court of Savannah—Judge Rourke. July 11, 1925.

*W. H. Bedgood,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.